UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADILAO JUAN ORTIZ,<br><br>              Petitioner,<br><br>       v.<br><br>JAMES A. YATES,<br><br>              Respondent. | No. CV 05-5807 PA (E)<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus By A Person in State Custody,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 20, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE