1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   ADILAO JUAN ORTIZ,                    No. CV 05-5807 PA (E)
12              Petitioner,                ORDER DENYING CERTIFICATE OF
                                           APPEALABILITY
13        v.
14   JAMES A. YATES,
                Respondent.
15
16
17
18        The Court has reviewed the Report and Recommendation of the United States

Magistrate Judge and the other papers on record in these proceedings.  For the reasons set

forth in the Order Denying Petition for Writ of Habeas Corpus by a Person in State Custody,

filed concurrently herewith, the Court finds that Petitioner Randall Amado has not made a

substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253;

Fed.R.App.P. 22(b); see also, Miller-El v. Cockrell, 537 U.S. 322 (2003); Slack v.

McDaniel, 529 U.S. 473 (2000); Lozada v. Deeds, 498 U.S. 430 (1991); Gardner v. Pogue,

558 F.2d 548 (9th Cir. 1977).

        IT IS ORDERED that the Certificate of Appalability is denied.

. . . .

. . . .

. . . .

1       IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, by

2  United States mail, on Petitioner and on Counsel of Respondent. Pursuant to the Order

3  Denying Petition for Writ of Habeas Corpus By A Person in State Custody,

4

5  DATED:  July 20, 2011

6                                         Percy Anderson
                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28