**UNITED STATES DISTRICT COURT**

          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADILAO JUAN ORTIZ,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>        Respondent. | NO. CV 05-5807-PA(E)<br><br>JUDGMENT |

    Pursuant to the directive of the Court of Appeals in <u>Ortiz v. Yates</u>, ___ F.3d ___, 2012 WL 6052251 (9th Cir. Dec. 6, 2012), IT IS ADJUDGED that a conditional writ of habeas corpus is granted with respect to Petitioner's conviction in Santa Barbara Superior Court case No. 1054070.  Respondent shall discharge Petitioner from all adverse consequences of Petitioner's conviction and sentence in Santa Barbara Superior Court case No. 1054070, unless Petitioner is brought

///
///
///
///

to retrial within ninety (90) days of the date this Judgment becomes final, plus any additional delay authorized under State law.

DATED: January 10, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE